JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CERVANTES, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PEI OHIO, INC., a corporation; AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 5:23-cv-01724-DOC-ASx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [30]** |

## ORDER GRANTING STIPULATION OF DISMISSAL

Based upon the Parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on December 1, 2023 (ECF No. 30), this action is hereby dismissed with prejudice as to Named Plaintiff's individual claims, and without prejudice as to any claims of putative class members.

**IT IS SO ORDERED**.
DATED: December 4, 2023

　　　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　Honorable David O. Carter
　　　　　　　　　　　　　　　　　　United States District Judge